

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-17-00214-CV

Amin Q. **ALI** and Salma Ali,
Appellants

v.

Nizarshah **MOHAMMAD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10486
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

The Court has considered the Appellant's Motion for Reconsideration En Banc and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court